No. ——. UNION TRUST COMPANY *v.* WOODWARD & LOTHROP. Petition for allowance of an appeal herein submitted March 1, 1920. Denied March 8, 1920. *Mr. William G. Johnson* for petitioner.

---

No. ——, Original. *Ex parte:* IN THE MATTER OF JAMES F. BISHOP, ADMINISTRATOR, ETC., PETITIONER. Motion for leave to file a petition for a writ of prohibition herein submitted March 1, 1920. Denied March 8, 1920. *Mr. Harry W. Standidge* for petitioner.